IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01862-BNB

ROBERT E. CHANNEL,

Plaintiff,

v.

CAPTAIN PUEBLO CITY JAIL, Name Unknown, and
HEAD NURSE PUEBLO CITY JAIL, Name Unknown,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -9 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Robert E. Channel is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Fort Lyon, Colorado, Correctional Facility. He initiated this civil rights action on August 29, 2008, by submitting to the Court a Prisoner Complaint. Magistrate Judge Boyd N. Boland reviewed the merits of Mr. Channel's claims, determined that Plaintiff failed to assert personal participation by named Defendants, and entered an order on September 22, 2008, instructing Plaintiff to file an Amended Prisoner Complaint. On October 3, 2008, Mr. Channel filed two Prisoner Complaint forms. Although the complaint forms are not noted with the case number for the instant action, the claims and named Defendants asserted in the Amended Complaints are the same as the claims and named Defendants asserted in the original Complaint.

The Court must construe Mr. Channel's Amended Complaints liberally because he is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. The action will be dismissed for the reasons stated below.

In each of the Amended Complaints, filed on October 3, 2008, Mr. Channel alleges that while he was housed at the Pueblo City Jail he received inadequate medical treatment for his staff infection and was placed in the "hole" for fifteen months and twenty-three days. Plaintiff seeks money damages.

Plaintiff was instructed by Magistrate Judge Boland, in the September 22, 2008, Order, that he must state how each named Defendant personally participated in the alleged constitutional violations. In the Amended Complaints, Mr. Channel again has failed to assert specifically how named Defendants personally participated in the alleged inadequate medical treatment and the placement in the hole.

As Magistrate Judge Boland informed Mr. Channel in the September 22, 2008, Order, pursuant to *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), he must explain what each defendant did to him, when they committed the act, how the act harmed him, and what specific legal right was violated. The claims Plaintiff asserts are not alleged against any named Defendants. The claims do not explain how Defendants specifically were involved with each of the claims he asserts or how they may be responsible for possibly violating his constitutional rights. Accordingly, it is

2

ORDERED that the Complaint, Amended Complaints, and the action are dismissed for failure to comply with the September 22, 2008, Order and to assert personal participation by each named Defendant.

DATED at Denver, Colorado, this 8 day of Oct., 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01862-BNB

Robert Channel
Prisoner No. 95524
Fort Lyon Corr. Facility
PO Box 1000
Fory Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/9/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk